# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### EAST EVERGLADES

### GROUP 13 (ROSE) Cases As Follows:

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

| | |
|---|---|
| 1.25 Acres of Land and J.D. Shearer, et al. | 00-0129-CIV-ZLOCH/Dubé<br>Tract No. 239-10 |
| 1.00 Acres of Land and Mildred Fox, et al. | 00-0327-CIV-ZLOCH/Dubé<br>Tract No. 240-13 |
| 1.25 Acres of Land and Joaquin Rasco, et al. | 00-1021-CIV-ZLOCH/Dubé<br>Tract No. 132-26 |
| 1.48 Acres of Land and Elizabeth R. B. Smith, et al. | 00-1195-CIV-ZLOCH/Dubé<br>Tract No. 538-19 |
| 1.25 Acres of Land and Virgil E. Bossong, et al. | 00-1454-CIV-ZLOCH/Dubé<br>Tract No. 252-16 |
| 1.59 Acres of Land and Alfredo Chou, et al. | 00-2475-CIV-ZLOCH/Dubé<br>Tract No. 125-30 |
| 1.38 Acres of Land and Sunshine Properties Wholesale Corp., et al. | 00-2781-CIV-ZLOCH/Dubé<br>Tract No. 559-25 |
| 1.38 Acres of Land and Nathan Swift, Jr., et al. | 00-2986-CIV-ZLOCH/Dubé<br>Tract No. 520-28 |
| 1.38 Acres of Land and Jennifer Stewart, et al. | 00-3348-CIV-ZLOCH/Dubé<br>Tract No. 538-35 |
| 1.14 Acres of Land and Harold O. Nichols, et al | 00-3446-CIV-ZLOCH/Dubé<br>Tract No. 213-35 |
| 2.50 Acres of Land and Luis Barcelo, et al. | 00-3631-CIV-ZLOCH/Dubé<br>Tract No. 142-16 |

| | |
|---|---|
| 4.39 Acres of Land and Jose A. Chapur Zahoul, et al. | 00-3648-CIV-ZLOCH/Dubé<br>Tract No. 120-39 |
| 1.50 Acres of Land and Joseph T. McQuesten, et al. | 00-3725-CIV-ZLOCH/Dubé<br>Tract No. 524-37 |
| 1.59 Acres of Land and Rafael Mestre, et al. | 00-3756-CIV-ZLOCH/Dubé<br>Tract No. 118-61 |
| 1.59 Acres of Land and Sergio Bofill, et al. | 00-3953-CIV-ZLOCH/Dubé<br>Tract No. 126-24 |
| 25.00 Acres of Land and Ramon Madruga, et al. | 00-4038-CIV-ZLOCH/Dubé<br>Tract No. 578-20 |
| 1.02 Acres of Land and Carl L. Signon, et al. | 00-4086-CIV-ZLOCH/Dubé<br>Tract No. 212-38 |
| 2.50 Acres of Land and Fernando Villa, et al. | 00-4087-CIV-ZLOCH/Dubé<br>Tract No. 566-38 |
| 1.22 Acres of Land and Alma A. Kepka, et al. | 00-4088-CIV-ZLOCH/Dubé<br>Tract No. 581-25 |
| 2.75 Acres of Land and Karl D. Fleck, et al. | 00-4141-CIV-ZLOCH/Dubé<br>Tract No. 581-23 |
| 1.33 Acres of Land and Melquiades Gavillan, et al. | 00-4164-CIV-ZLOCH/Dubé<br>Tract No. 133-13 |
| 1.14 Acres of Land and Wilmer R. Newlin, et al. | 00-4196-CIV-ZLOCH/Dubé<br>Tract No. 209-45 |
| 1.14 Acres of Land and Travel Quest, Inc., et al. | 00-4242-CIV-ZLOCH/Dubé<br>Tract No. 215-41 |
| 0.93 Acres of Land and Bernard Young, et al. | 00-4328-CIV-ZLOCH/Dubé<br>Tract No. 210-05 |
| 5.00 Acres of Land and Jose R. Osorno, et al. | 00-4542-CIV-ZLOCH/Dubé<br>Tract No. 228-04 |

| | |
|---|---|
| 5.00 Acres of Land and Charles Donlon, et al. | 00-4637-CIV-ZLOCH/Dubé<br>Tract No. 116-12 |
| 2.27 Acres of Land and Florida Property<br>Wholesalers Corporation, et al. | 00-4698-CIV-ZLOCH/Dubé<br>Tract No. 212-26 |
| 1.25 Acres of Land and Ft. Meyers West, Inc., et al. | 00-4699-CIV-ZLOCH/Dubé<br>Tract No. 557-07 |
| 1.50 Acres of Land and Elton L. Pierce, et al. | 00-4773-CIV-ZLOCH/Dubé<br>Tract No. 524-43 |
| 1.14 Acres of Land and Margaret Houghtalen, et al. | 00-4776-CIV-ZLOCH/Dubé<br>Tract No. 215-30 |

Defendants.

_____/

## JUDGMENT DETERMINING JUST COMPENSATION
## AND ORDER FOR DISBURSEMENT OF FUNDS

These causes came on for a hearing held before a duly appointed Land Commission on January 25, 2002, to determine just compensation for the property interests taken. The Commission filed its Report of Land Commissioners with the Clerk of the Court on March 13, 2002, recommending awards to said defendant landowners as just compensation. The Court hereby accepts the Report and findings of the Land Commission.

It is hereby ORDERED AND ADJUDGED that the Report of Land Commissioners filed herein on March 13, 2002, covering the tracts set forth in the chart attached hereto, is hereby confirmed and approved and that the Commission's findings of fact are hereby adopted as the findings and conclusions of this Court.

That judgments be and hereby are entered in favor of the parties listed in the chart attached hereto and made a part hereof, and in the sums designated therein against the United States of America

3

Said sums shall be full and just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States of America by reason of the institution and prosecution of this action and taking of the said property interest(s) and all appurtenances thereto belonging.

The said sums shall be subject to all real estate taxes, liens and encumbrances of whatsoever nature existing against the said property at the time of vesting title in the United States. Encumbrances and charges of whatsoever nature shall be payable and deductible from the said sum.

## PROCEDURE FOR DISBURSEMENT

The Clerk of the Court is hereby ordered to disburse the said sums together with any interest accrued to the parties entitled thereto upon application to this Court and without further order of this Court, unless the United States files an objection within 10 days.     **A form for Application for Withdrawal of Funds is attached to this Order.**  In the event that said sums together with any interest remain unclaimed for a period of at least five years from the date of this Order, the Clerk of the Court, pursuant to 28 U.S.C. § 2042, is ordered to cause said sums, together with any interest accrued thereon, to be deposited in the U.S. Treasury in the name and to the credit of the United States of America in trust for the use and benefit of any persons entitled thereto.

**DONE AND ORDERED** in Chambers, in Fort Lauderdale, Florida, this _18th_ day of

_JUNE_____, 2004.


_____
WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE


cc      Norman O. Hemming, III, AUSA
        Clerks Office, Financial Section
        J. D. Shearer

4

Mildred Fox
Olga Rasco
Elizabeth R. B. Smith
Ford Motor Credit Company
Del Norte, Inc.
State of Florida, Dept. of Labor & Employment Security
VAH Miami Federal Credit Union
General Electric Capital Corp.
North Dade Medical Foundation, Inc.
Prudential Property & Casualty Insurance Co.
Virgil E. Bossong
Alfredo Chou
Sunshine Properties Wholesale Corp., Inc.
Nathan Swift, Jr.
Jennifer Stewart
Harold O. Nichols
Luis Barcelo
Jose A. Chapur Zahoul
**Jeff Tucker**
**Joseph T. McQuesten**
**Mary McQuesten**
**Rafael Mestre and Elida Mestre**
**Sergio Bofill and Nidia Bofill**
**Ramon Madruga**
**Carl L. Sigmon**
Fernando Villa
Alma A. Kepka
Karl D. Fleck
Melquiades Gavillan
Wilmer R. Newlin
Travel Quest, Inc.
Bernard Young
Jose R. Osorno
Charles Donlon
Florida Property Wholesalers Corporation
Jesse L. Rogers
Kathryn J. Rogers
Ft. MeyersWest, Inc.
Elton L. Pierce
Margaret Houghtalen

| Civil Number | Tract Number | Owners Name | Value |
|---|---|---|---|
| 00-0129 | 239-10 | Shearer, J.D. | $650.00 |
| 00-0327 | 240-13 | Fox, Mildred | $500.00 |
| 00-1021 | 132-26 | Rasco, Olga | $650.00 |
| 00-1195 | 538-19 | Smith, Elizabeth R. | $750.00 |
| 00-1454 | 252-16 | Bossong, Virgil | $650.00 |
| 00-2475 | 125-30 | Chou, Alfredo | $800.00 |
| 00-2781 | 559-25 | Sunshine Properties Wholesale | $700.00 |
| 00-2986 | 520-28 | Swift, Jr., Nathan | $700.00 |
| 00-3348 | 538-35 | Stewart, Jennifer | $700.00 |
| 00-3446 | 213-35 | Nichols, Harold | $650.00 |
| 00-3631 | 142-16 | Barcelo, Luis | $1,250.00 |
| 00-3648 | 120-39 | Zahoul Chapur, Jose A. | $2,200.00 |
| 00-3725 | 524-37 | McQuesten, Joseph T. | $750.00 |
| 00-3756 | 118-61 | Mestre, Rafael | $800.00 |
| 00-3953 | 126-24 | Bofill, Sergio | $800.00 |
| 00-4038 | 578-20 | Madruga, Ramon | $12,500.00 |
| 00-4086 | 212-38 | Signon, Carl L. | $650.00 |
| 00-4087 | 566-38 | Villa, Fernando | $1,250.00 |
| 00-4088 | 581-25 | Kepka, Alma A. | $750.00 |
| 00-4141 | 581-23 | Feleck, Karl D. | $1,400.00 |
| 00-4164 | 133-13 | Gavillan, Melquiades | $700.00 |
| 00-4196 | 209-45 | Newlin, Wilmer | $650.00 |
| 00-4242 | 215-41 | Travel Quest, Inc. | $650.00 |
| 00-4328 | 210-05 | Young, Bernard | $650.00 |
| 00-4542 | 228-04 | Osorno, Jose R | $2,500.00 |
| 00-4637 | 116-12 | Donlon, Charles | $2,500.00 |

6

| 00-4698 | 212-26 | Florida Property Wholesalers Corp. | $1,250.00 |
|---------|--------|-----------------------------------|-----------|
| 00-4699 | 557-07 | Ft. Meyers West, Inc. | $700.00 |
| 00-4773 | 524-43 | Pierce, Elton L. | $750.00 |
| 00-4776 | 215-30 | Houghtalen, Margaret | $650.00 |

## INSTRUCTIONS FOR COMPLETING

## APPLICATION FOR WITHDRAWAL OF FUNDS

(1)     Landowner shall *fill in* this Application.

(2)     Landowner's signature shall be *notarized*.

(3)     A W-9 form has been enclosed for your convenience.  This form is required by the Court's Financial Department, but *shall not* be filed as part of the Court record.

(4)     The completed application, along with the W-9 form, shall be *returned to*:

Judge Robert L. Dubé
United States District Court
Southern District of Florida
300 NE 1st Avenue, Room 112
Miami, FL 33132

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____-CIV-ZLOCH/DUBÉ

UNITED STATES OF AMERICA,

      Plaintiff,

                                                    TRACT NO. _____

v.                                            (EAST EVERGLADES)

_____ ACRES OF LAND, MORE OR LESS,
IN THE COUNTY OF DADE, STATE OF
FLORIDA, et al.,

      Defendants.

_____/

## APPLICATION FOR WITHDRAWAL OF FUNDS

(1) Name of Applicant: _____         _____

                                   (Landowner Seeking Funds)

(2) Date of Judgment: _____

(3) Sum Awarded by Judgment: _____

      Applicant, _____, states as follows:
                    (Landowner Seeking Funds)

      (a)   the fee simple title to the subject property was good according to the records of the Applicant who is entitled to the said sum, and

      (b)  Applicant warrants that he/she has the exclusive right to the balance of the compensation herein after payment of taxes plus the interest earned on said balance and that no other party is entitled to the same or any part thereof by reason of any unrecorded agreement.

      (c)  Applicant agrees that he/she will hold the United States of America and this Honorable Court harmless from any claims made by parties having liens or encumbrances, or other parties who

may have been entitled to the said compensation or any party thereof by reason of any unrecorded agreement.

Signature of Applicant:_____

Name of Applicant:_____

Address of Applicant:_____

_____

Telephone No.:_____

I, _____, being first duly sworn on oath depose and say that I have
(Landowner Seeking Funds)

read the foregoing and attached **Application for** Withdrawal of Funds subscribed by me and know the

contents **thereof, that the matters therein upon** my personal knowledge are true and those stated upon

information **and belief I believe to be true.**

Signature of Applicant:_____

Name of Applicant:_____

Address of Applicant:_____

_____

Sworn to and Subscribed before me this _____ ___ day of _____, 2004.
( )   Personally Known to Me, or,
( )   Produced ID _____                ;

_____
NOTARY PUBLIC/Signature

2